## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWANDA T. BYNUM** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-cv-6682 |
| | : | |
| **CAROLYN W. COLVIN** | : | |

## ORDER

**AND NOW,** this 3rd day of August, 2016, upon consideration of the Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Richard A. Lloret and the government's response thereto, it is hereby **ORDERED** that the Objections [Doc. 26] are **SUSTAINED** in part and **OVERRULED** in part.

It is further **ORDERED** that Judgment is **ENTERED** reversing the final decision of the Commissioner of Social Security.

It is further **ORDERED** that this case is REMANDED to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the simultaneously filed Memorandum Opinion in this matter.

It is further **ORDERED** that the Clerk shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**